IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ROGER DALE SMITH, | : |
| Plaintiff, | : Case No. 1:97-cr-029-01<br>Case No. 1:00-cv-542 |
| -vs- | : District Judge Susan J. Dlott<br>Chief Magistrate Judge Michael R. Merz |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C) and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Michael R. Merz. The Magistrate Judge is empowered to deal with all pretrial and post-judgment motions and procedures, whether dispositive or not, and to render a report and recommendations to the Court on any matters classified as dispositive by statute or precedent. No transcript need be prepared on non-dispositive matters.

Dated:

_____
Susan J. Dlott
United States District Judge