# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,  :  Case No. 1:97-cr-029 (1)
                                    also 1:00-cv-542

                                    District Judge Susan J. Dlott
    -vs-                               Chief Magistrate Judge Michael R. Merz
                        :

ROGER DALE SMITH,

        Defendant.

## TRANSFER ORDER

Given that Magistrate Judge Timothy Black has conducted an evidentiary hearing in this matter, the reference is transferred from Magistrate Judge Merz to Magistrate Judge Black for all further proceedings.

March 15, 2007.

                                                        */s/ Susan J. Dlott*
                                                      Susan J. Dlott
                                              United States District Judge